IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>**1) WILFREDO FELICIANO-RODRIGUEZ**<br>a/k/a Wilfre<br>(Counts One, Two, Four and Six)<br>2) JOSE L. CLAUDIO-ORTIZ, a/k/a Pella<br>(Counts One, Two and Five)<br>3) JORGE L. RODRIGUEZ-ROSA,<br>a/k/a Cuquito<br>(Counts One and Two)<br>4) ALFRED RODRIGUEZ-RIOS<br>a/k/a Fredito<br>(Counts One, Two and Three)<br>5) HECTOR M. NIEVES-RIVERA,<br>a/k/a Cancort<br>(Count One)<br>6) JUAN ROJAS-RODRIGUEZ, a/k/a Tito<br>(Count One)<br>7) JOSE G. RODRIGUEZ-ROSA,<br>a/k/a Gageth<br>(Count One)<br>8) OMAR MEDINA-TORRES<br>(Count One)<br>9) JOSUE ROSARIO, a/k/a Ruso<br>(Count One)<br>10) ERNEST VELAZQUEZ-CASANOVA<br>(Count One)<br>11) ALEXIS LEBRON-MARCON<br>(Count One) and<br>12) FELIX OMAR MELENDEZ, a/k/a Omy<br>(Count One)<br>Defendants | CRIMINAL 04-0052CCC |

**O R D E R**

The Second Motion in Limine to Exclude Conspiracy Chart and Diagram filed by defendant Wilfredo Feliciano-Rodríguez on August 7, 2005 (**docket entry 335**), to which the United States failed to respond despite being ordered to do so on August 8, 2005, is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on August 29, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge